JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-133RAJ |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| vs. | |
| DAVID ROSARIO, | |
| Defendant. | |

THIS MATTER having come before the Court on Defendant's unopposed motion for a continuance of the pretrial motions due date, and the Court having considered the facts set forth in the motion, the records and files, it is hereby,

ORDERED that Defendant's motion (Dkt. # 47) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than October 18, 2021.

DATED this 12th day of October, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DUE DATE    - 1
(*David Rosario;* CR20-133RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100